IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JEFFREY WILLIMAN, | : | |
|     Plaintiff, | : | |
| | | Case No. 3:07cv059 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
|     Defendant. | : | |

# ORDER

This case is before the Court upon Plaintiff's Motion For Allowance Of Attorney Fees (Doc. #15), which the Commissioner does not oppose (Doc. #15). The Court previously remanded this case to the Social Security Administration for further proceedings. (Doc. #13).

Plaintiff seeks an award of attorney fees in the total amount of $9,031.25. In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting Exhibits establish that he is entitled to an award of attorney fees under 42 U.S.C. §406(b)(1) in the amount he seeks.

Accordingly, the Court hereby **ORDERS** that:

1.    Plaintiff's Motion For Allowance Of Attorney Fees (Doc. #15) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $9,031.25; and

3. The case remains terminated on the docket of this Court.

September 30, 2008                              *S/THOMAS M. ROSE

                                                Thomas M. Rose
                                                United States District Judge